IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| MONTE C. STAFFORD, #290328 | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 5:10cv35 |
| JUDITH MCKAY, ET AL. | § | |

## ORDER DENYING TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation concluding that the Plaintiff's motion for a temporary restraining order and/or preliminary injunction should be denied. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Plaintiff's motion for a temporary restraining order and/or preliminary injunction (docket entry #3) is **DENIED**.

**SIGNED this 29th day of April, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE